IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-184-GCM

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ICABOD JOSEPHUS ALLISON | ) | |
| | ) | |

     THIS MATTER is before the Court upon the Defendant's Motion to Rescind Order Denying Relief Under 18 USC § 3852(c)(2) and Reconsider After Briefing [doc. 235].

     The Court declines to rescind its order, but will receive briefs. The Defendant may proceed to file a brief, which must be received by June 9, 2008. The Government is to respond within 10 days after the filing of defendant's brief. At that time, the Court will decide whether its position should be reversed.

SO ORDERED.                           Signed: May 29, 2008

Graham C. Mullen
United States District Judge